**David MEYERS, Plaintiff–Appellant,**

v.

**CITY OF PETERSBURG, City Treasurer; Ray E. Richardson, Detective; B.B. Rhodes, Magistrate; Cassandra Burns, Attorney of Commonwealth, Defendants–Appellees.**

No. 03–6664.

United States Court of Appeals, Fourth Circuit.

Submitted July 29, 2003.

Decided Oct. 10, 2003.

David Meyers, Appellant Pro Se.

Before WILKINSON, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

David Meyers appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint on the ground that his claim was not ripe for judicial determination. Meyers failed to preserve the issue for our review by failing to raise this issue in his informal brief. *See* 4th Cir. R. 34(b).

Accordingly, we affirm the judgment of the district court. We deny Meyers' motion for summary judgment, motion for right to a trial, bail and conflict free counsel and motion for "Offer to prove drug investigation 'kingpin' special trust account section 52–4.3 Code of Virginia" filed with this Court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*